THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00051-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| SPRINGFIELD HS PRODUCTS (IM METAL) XD40, SERIAL NUMBER GM100118; DAVIS INDUSTRIES P32, SERIAL NUMBER P028139; and BRYCO ARMS J22, SERIAL NUMBER 706401, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the claim of ownership filed by James John Matty [Doc. 3].

Claimant James John Matty has filed a *pro se* claim in this action asserting an ownership interest in the defendant property. [Doc. 3]. A person asserting an interest in the defendant property may contest the forfeiture by filing a claim. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(a)(i). The claim must, among other things, "be signed by the claimant under penalty of perjury." Supp. Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(a)(i)(C).

Here, the Claimant's claim is not signed under penalty of perjury. The Court will allow the Claimant fourteen (14) days to filed an amended claim that is signed under penalty of perjury. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

Once the Claimant has filed a proper claim signed under penalty of perjury, the Claimant will be required to file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(b). The answer or motion to dismiss must be filed within 21 days of filing the claim. Id.

**IT IS, THEREFORE, ORDERED** that the Claimant shall filed an amended claim, signed under penalty of perjury, within fourteen days of the entry of this Order. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

**IT IS SO ORDERED.**

Signed: March 21, 2016

Martin Reidinger
United States District Judge