```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00051-MR-DLH
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SPRINGFIELD HS PRODUCTS ) | |
| (IM METAL) XD40, SERIAL NUMBER ) | |
| GM100118; DAVIS INDUSTRIES P32, ) | |
| SERIAL NUMBER P028139; and ) | |
| BRYCO ARMS J22, SERIAL NUMBER ) | |
| 706401, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the claim of ownership filed by James John Matty [Doc. 3] and the Court's Order of March 21, 2016 [Doc. 5].

On March 21, 2016, the Court entered an Order directing the Claimant James John Matty to file an amended claim signed under penalty of perjury within fourteen (14) days. The Claimant was specifically warned that "failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim." [Doc. 5 at 2]. More than fourteen days

have now passed, and the Claimant has failed to file an amended claim. Accordingly, the Court will dismiss the Claimant's claim.

**IT IS, THEREFORE, ORDERED** that James John Matty's claim of ownership [Doc. 3] is hereby **DISMISSED** for failure to file an amended claim signed under penalty of perjury.

**IT IS SO ORDERED.** Signed: April 12, 2016

Martin Reidinger
United States District Judge