# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:16-cv-00051-MR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT,** |
| | ) | |
| vs. | ) | **ENTRY OF JUDGMENT, AND** |
| | ) | |
| **SPRINGFIELD HS PRODUCTS (IM METAL) XD40, SERIAL NUMBER GM100118,** | ) ) ) ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| **DAVIS INDUSTRIES P32, SERIAL NUMBER P028139,** | ) ) | |
| | ) | |
| **BRYCO ARMS J22, SERIAL NUMBER 706401,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture [Doc. 10]. For the reasons stated in the Government's Motion and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

(1) The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture [Doc. 10] against the **DEFENDANT PROPERTY**:

- **Springfield HS Products (IM Metal) XD40 pistol, Serial Number GM100118,**

- **Davis Industries P32 pistol, Serial Number P028139,**

- **Bryco Arms J22 pistol, Serial Number 706401**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

(2) Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

(3) The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: June 7, 2016

Martin Reidinger
United States District Judge